UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JOSE FREDY VEGA SERRATO,

    Petitioner,

v.                                                                    Case No: 6:26-cv-599-JSS-LHP

LOUIS A. QUINONES, JR., TODD
LYONS, PAMELA BONDI,
GARRETT RIPA, IMMIGRATION &
CUSTOMS ENFORCEMENT (ICE),
KRISTI NOEM, and DEPARTMENT
OF HOMELAND SECURITY (DHS),

    Respondents.
_____/

### ORDER

Petitioner, Jose Fredy Vega Serrato, "is a native and citizen of Mexico who has been living in the United States since on or about 1997" and has "five United States citizen children, two of whom are minors." (Dkt. 1 at 2.)  On March 15, 2026, Petitioner was "arrested in Volusia County for violation of a county ordinance 20-112, which prohibits open containers of alcoholic beverages on the beach" and then "pled guilty and was sentenced to time-served of two days" but "was not released after serving his sentence" and instead "was transported to the Orange County Jail, where he was booked solely on an ICE detainer." (*Id.* at 5.)  Petitioner filed an emergency petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Dkt. 1.)  To prevent Respondents from "removing Petitioner beyond the jurisdiction of the Middle District

of Florida pending a final resolution of his habeas corpus petition," Petitioner moved for entry of an ex parte temporary restraining order (TRO). (Dkt. 2 at 1; *see id.* at 6.)

On April 2, 2026, the court granted the TRO and concluded that 8 U.S.C. § 1226 applied to Petitioner's detention, entitling him to a bond hearing before an immigration judge. (*See* Dkt. 15.) Accordingly, the court ordered Respondents to ensure that Petitioner received a bond hearing before an immigration judge by April 5, 2026. (*Id.* at 14). At a bond hearing on April 3, 2026, an immigration judge ordered Petitioner released from Respondents' custody under a bond of $1,500. (Dkt. 18.) Petitioner has since posted the bond and been released from Respondents' custody. (Dkt. 21.)

Accordingly, this case is **DISMISSED**, and the Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on May 6, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

- 2 -